# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALL IN ONE NETWORKING, INC., | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 18-2796 |
| | : | |
| THE FLORIDA HOUSE EXPERIENCE | : | |
| MANAGEMENT CORPORATION, | : | |
| et. al., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **7th** day of **February 2019**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 22), Plaintiff's Response thereto (ECF No. 26), and Defendants' Reply (ECF No. 27), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 22) is **GRANTED** for venue purposes. It is further **ORDERED** that the Clerk of Court shall **TRANSFER** this matter to the United States District Court for the Southern District of Florida and **CLOSE** this case.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE